695 A.2d 236

IN THE MATTER OF JOHN P. DOYLE, AN ATTORNEY AT LAW.

June 16, 1997.

This matter having been duly presented to the Court, it is ORDERED that JOHN P. DOYLE of BRICK, who was admitted to the bar of this State in 1967, and who was suspended from the practice of law for a period of six months by Order of this Court dated November 21, 1996, and effective December 16, 1996, be restored to the practice of law, effective immediately.